IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Erling A. Hielm and Vera S. Hielm, | * |
| Plaintiffs, | * Civil No. 2:05-CV-4-FtM-29SPC |
| v. | * |
| GMAC Mortgage Corporation d/b/a ditech.com, | * |
| Defendant. | * |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER DISMISSING
MATTER WITH PREJUDICE**

1.   Defendant GMAC Mortgage Corporation d/b/a ditech.com ("GMACM") as well as all Plaintiffs in the above matters (collectively, the "Parties") recently filed with the Court a joint request to stay the above litigation for forty-five (45) days, in light of the Parties' discussions to settle these matters as well as all other pending matters filed by Plaintiffs' counsel on behalf of their clients against GMACM in other States. The Parties appreciate the Court's patience in having granted the Parties' prior joint requests to stay the above litigation and now respectfully inform the Court that the Parties have reached an amicable resolution of these matters, as well as all other pending related matters.

2.   Specifically, counsel for the Parties have negotiated economic terms for each of the 109 related matters pending nationwide, as well as a form of settlement agreement. The economic terms and form of settlement agreement seem satisfactory to all Parties and, as such, the Parties are in the process of procuring signatures from the over 300 borrowers involved in the pending nationwide litigation. The date of settlement for all such pending litigation is September 8, 2005. The parties jointly submit this Motion. Counsel for GMACM agreed to prepare it and submit it to the Court.

3.   Given the Parties' agreement to resolve these matters and the time-consuming nature of finalizing a settlement for over 300 borrowers, the Parties withdraw their joint request to continue the litigation stay in these matters and hereby jointly request that the Court dismiss these matters with prejudice pursuant to the terms of the proposed Consent Order attached hereto. As set forth in the attached Consent Order, the Parties agree to dismiss these matters with prejudice sixty (60) days from the date the Court enters the proposed Orders, subject only to further action by the Court upon motion by either of the Parties. In the alternative, the Parties

respectfully request an in-person or telephonic status conference with the Court to further address any concerns the Court may have regarding these matters' progress.

                                            Jointly submitted,

                                            NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
                                            1645 Palm Beach Lakes Boulevard, Suite 1200
                                            West Palm Beach, Florida  33401
                                            Telephone:    (561) 686-3307
                                            Facsimile:     (561) 686-5442
                                            E-mail:          bhorowitz@nasonyeager.com
                                            Attorneys for Defendant
                                            Florida Bar No.:  494860


                                      By:/s/ *Brett J. Horowitz*
                                              BRETT J. HOROWITZ

                                            Mark S. Melodia, Esq.
                                            Reed Smith, LLP
                                            136 Main Street, Ste. 250
                                            Princeton, NJ  08543-7839
                                            Telephone:    (609) 987-0050
                                            Facsimile:     (609) 951-0824
                                            E-mail:          mmelodia@reedsmith.com
                                            Attorneys for Defendant


Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD  21703
Telephone:    (301) 620-1016
Facsimile:     (301) 620-1018
Szeluga@legglaw.com
Attorneys for Plaintiffs
Florida Bar No:  17388

By:/s/ *Mary T. Szeluga*
    Mary T. Szeluga
    Trial Counsel

H:\7542\17160\PMotionEntryConsentOrderofDismissalv_1BJH/sjj